IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CASADY CANGRO,<br><br>Defendant. | Case No. 22-cr-1122-CAB<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME** |

This Court has reviewed and considered the joint motion to continue the motion hearing/trial setting and based upon good cause shown,

**IT IS HEREBY ORDERED** that the joint motion to continue is granted. The **Motion Hearing/Trial Setting** set for November 4, 2022, shall be vacated and continued to **December 2, 2022, at 10:30 a.m.** Time continues to be excluded from the Speedy Trial clock under 18 USC § 3161(h)(1)(D) because of the instant Joint Motion to Continue and because motions for Brady evidence, Rule 16 and non-Rule 16 discovery, to preserve evidence, and to file further

22-cr-1122-CAB

motions are pending. Time is also excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). This Court excludes time under 3161(h)(7) and finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. After considering the Joint Motion, the factors this Court considers for this exclusion of time finding include the following: (i) a failure to continue the motion would likely result in a miscarriage of justice; (ii) a failure to continue the motion hearing would deny counsel for the defense the reasonable time necessary for effective preparation, considering the exercise of due diligence, and the consideration of a possible plea offer.

**IT IS SO ORDERED.**

Dated:   11/3/2022

_____
HON. CATHY ANN BENCIVENGO
U.S. District Court Judge